## Stanley Bolman, Appellee, v. Thomas Hardy, Appellant.

### Gen. No. 45,582.

Henry W. Kenoe, and Raphael Fine, for appellant; no appearance for appellee. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed March 10, 1952; released for publication March 21, 1952.